UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF ALABAMA

In re                                              Case No. 10-30430-WRS
                                                                 Chapter 7
KEITH A. NELMS,

      Debtor

**ORDER DENYING MOTION TO RECONSIDER**

For the reasons set forth on the record on June 15, 2010, on the debtor's motion to reconsider (Doc. 57), it is

ORDERED that the motion to reconsider is DENIED.

Done this 16th day of June, 2010.

                                                     /s/ William R. Sawyer
                                                     United States Bankruptcy Judge

c: Troy Ted Tindal, Attorney for Debtor
   Daniel G. Hamm, Trustee